LISA HALKO, State Bar No. 148873
MARC B. KOENIGSBERG, State Bar No. 204265
LIVINGSTON & MATTESICH LAW CORPORATION
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
(916) 442-1111
(916) 448-1709 FAX

Attorneys for Plaintiff
LIVINGSTON & MATTESICH LAW CORPORATION

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVINGSTON & MATTESICH LAW CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGE COMPANY LLC, a New York limited liability company; BEVERAGE MARKETING USA, INC., a New York business corporation; FEROLITO AND VULTAGGIO LTD., a New York business corporation; FEROLITO, VULTAGGIO & SONS, a business entity of unknown form; and HORNELL BREWING COMPANY, INC., a New York business corporation,<br><br>Defendants. | CASE NO.  2:05-CV-393 – WBS/DAD<br><br>**[Proposed] ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE HEARING DATE**<br><br>Complaint filed:  February 28, 2005<br><br>DATE:       June 20, 2005<br>TIME:        9:00 a.m.<br>PLACE:     Courtroom No. 5<br><br>Trial date:   None set |

Good cause appearing, based on plaintiff's request and supporting declaration, the Status Conference, initially set for May 23, 2005, at 9:00am, in Courtroom No. 5, has been rescheduled to June 20, 2005, at 9:00am, in Courtroom No. 5.  Counsel for plaintiff will notify the defendants through their counsel by facsimile transmission to 650-377-0606.

DATED: May 18, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*i:\03262-008\pleadings\ordercontstatusconf20050523p.doc*