1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

LIVINGSTON & MATTESICH LAW
CORPORATION,

                              NO. CIV. S-05-0393  WBS/DAD

       Plaintiff,

    v.

ARIZONA BEVERAGE COMPANY LLC,
a New York limited liability
company; BEVERAGE MARKETING
USA, INC., a New York business
corporation; FEROLITO AND
VULTAGGIO LTD., a New York
business corporation; FEROLITO
VULTAGGIO & SONS, a business
entity of unknown form; and
HORNELL BREWING COMPANY, INC.,
a New York business corporation,

       Defendants.

----oo0oo----

           STATUS (PRETRIAL SCHEDULING) ORDER

       After reviewing Plaintiff's Status Report, the court
hereby vacates the Status (Pretrial Scheduling) Conference
scheduled for June 20, 2005, and makes the following findings
and orders without needing to consult with the parties any
further:

       I.   SERVICE OF PROCESS

       All named defendants have been served and no further

1  service is permitted without leave of court, good cause having
2  been shown under Fed. R. Civ. P. 16(b).
3              II.   JOINDER OF PARTIES/AMENDMENTS
4         No further joinder of parties or amendments to
5  pleadings is permitted without leave of court, good cause having
6  been shown under Fed. R. Civ. P. 16(b). See Johnson v. Mammoth
7  Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).
8              III.  JURISDICTION/VENUE
9         Jurisdiction is predicated upon 28 U.S.C. § 1332
10 (diversity). Venue is found to be proper predicated upon 28
11 U.S.C. § 1391 (a)(2).
12             IV.  DISCOVERY
13        Both parties will serve initial disclosures required
14 by Fed. R. Civ. P. 26 (a)(1) by not later than July 13, 2005.
15        Each party shall disclose experts and produce reports
16 in accordance with Fed. R. Civ. P. 26(a)(2) by no later than
17 August 17, 2005.
18        With regard to expert testimony intended solely for
19 rebuttal, those experts shall be disclosed and reports produced
20 in accordance with Fed. R. Civ. P. 26(a)(2) on or before
21 September 21, 2005.
22        All discovery, including depositions for preservation
23 of testimony, is left open, save and except that it shall be so
24 conducted as to be completed by February 9, 2006.  The word
25 "completed" means that all discovery shall have been conducted so
26 that all depositions have been taken and any disputes relevant to
27 discovery shall have been resolved by appropriate order if
28 necessary and, where discovery has been ordered, the order has

1 been obeyed.  All motions to compel discovery must be noticed on

2 the magistrate judge's calendar in accordance with the local

3 rules of this court and so that such motions may be heard (and

4 any resulting orders obeyed) not later than February 9, 2006.

5     V. <u>MOTION HEARING SCHEDULE</u>

6     All motions, except motions for continuances,

7 temporary restraining orders or other emergency applications,

8 shall be filed on or before March 20, 2006.  All motions shall be

9 noticed for the next available hearing date.  Counsel are

10 cautioned to refer to the local rules regarding the requirements

11 for noticing and opposing such motions on the court's regularly

12 scheduled law and motion calendar.

13     VI. <u>FINAL PRETRIAL CONFERENCE</u>

14     The Final Pretrial Conference is set for May 22, 2006

15 at 10:00 a.m.  The conference shall be attended by at least one

16 of the attorneys who will conduct the trial for each of the

17 parties and by any unrepresented parties.

18     Counsel for all parties are to be fully prepared for

19 trial at the time of the Pretrial Conference, with no matters

20 remaining to be accomplished except production of witnesses for

21 oral testimony.  Counsel shall file separate pretrial statements,

22 and are referred to Local Rules 16-281 and 16-282 relating to the

23 contents of and time for filing those statements.  In addition to

24 those subjects listed in Local Rule 16-281(b), the parties are to

25 provide the court with: (1) a plain, concise statement which

26 identifies every non-discovery motion which has been made to the

27 court, and its resolution; (2) a list of the remaining claims as

28 against each defendant; and (3) the estimated number of trial

3

1 days.

2       In providing the plain, concise statements of
3 undisputed facts and disputed factual issues contemplated by
4 Local Rule 16-281(b)(3)-(4), the parties shall emphasize the
5 claims that remain at issue, and any remaining affirmatively pled
6 defenses thereto.  If the case is to be tried to a jury, the
7 parties shall also prepare a succinct statement of the case,
8 which is appropriate for the court to read to the jury.

9             VII.  <u>TRIAL SETTING</u>

10      The trial is set for July 18, 2006 at 9:00 a.m. in
11 Courtroom No. 5.

12            VIII.  <u>SETTLEMENT CONFERENCE</u>

13      A Settlement Conference will be set at the time of the
14 Pretrial Conference.

15      Counsel are instructed to have a principal with full
16 settlement authority present at the Settlement Conference or to
17 be fully authorized to settle the matter on any terms.  At least
18 seven calendar days before the Settlement Conference counsel for
19 each party shall submit a confidential Settlement Conference
20 Statement for review by the settlement judge.  If the settlement
21 judge is not the trial judge, the Settlement Conference
22 Statements shall not be filed and will not otherwise be disclosed
23 to the trial judge.

24            IX.  <u>MODIFICATIONS TO SCHEDULING ORDER</u>

25      Any requests to modify the dates or terms of this
26 Scheduling Order, except requests to change the dates of the
27 final Pretrial Conference or trial, may be heard and decided by
28 the assigned Magistrate Judge.  All requests to change the dates

4

1 of the Pretrial Conference and/or trial shall be heard and

2 decided only by the undersigned judge.

3 DATED:   June 7, 2005.

4

5 _____

WILLIAM B. SHUBB

6 UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28