UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

LIVINGSTON & MATTESICH LAW CORPORATION,

        Plaintiff,

   v.

ARIZONA BEVERAGE COMPANY LLC, a New York limited liability company; BEVERAGE MARKETING USA, INC., a New York business corporation; FEROLITO AND VULTAGGIO LTD., a New York business corporation; FEROLITO, VULTAGGIO & SONS, a business entity of unknown form, and HORNELL BREWING COMPANY, INC., a New York business corporation,

        Defendants.

NO. CIV. S-05-0393 WBS/DAD

<u>ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL</u>

----oo0oo----

     Upon review of the papers submitted, defendant having joined in the request, and finding of good cause therefor, the court

1

1  grants the ex parte application of plaintiff Livingston &
2  Mattesich Law Corporation ("L&M") to file documents under seal.
3       IT IS THEREFORE ORDERED that L&M's ex parte application to
4  file documents under seal is granted.  L&M may file under seal
5  its reply brief, and the supplemental declaration of Gene
6  Livingston with all its attached exhibits.
7       These documents shall remain sealed for an indefinite
8  duration, subject to further Order of this Court.
9  DATED: July 12, 2005.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE