Gene Livingston, SBN 44280
Lisa L. Halko, SBN: 148873
1201 K Street
Suite 1100
Sacramento, CA 95814-3938
916-442-1111



**FILED**

FEB - 9 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                DEPUTY CLERK

## UNITED STATES DISTRICT COURT
EASTERN ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVINGSTON & MATTESICH LAW CORPORATION | CASE NUMBER: 2:05-CV-0393-WBS/DAD |
| Plaintiff(s) v. | |
| ARIZONA BEVERAGE COMPANY LLC; BEVERAGE MARKETING USA, INC.; FEROLITO AND VULTAGGIO LTD.; FEROLITO, VULTAGGIO & SONS; HORNELL B Defendant(s) | **SUBSTITUTION OF ATTORNEY** |

Livingston & Mattesich Law Corporation   [X] Plaintiff   [ ] Defendant   [ ] Other _____
*Name of Party*

hereby substitutes **Gene Livingston** _____ who is

[X] Retained Counsel   [ ] Court Appointed Counsel   [ ] Pro Per   **1201 K Street, Suite 300**
                                                                         *Street Address*

**Sacramento, CA 95814-3938**   **(916) 442-1111**   **(916) 448-1709**   **44280**
*City, State, Zip Code*          *Telephone Number*    *Facsimile Number*    *State Bar Number*

as attorney of record in the place and stead of **Livingston & Mattesich Law Corporation**
                                                        *Present Attorney*

Dated: **January 25, 2006**

Carol Livingston, *Signature of Party* Managing Partner
Livingston & Mattesich Law Corporation

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: **January 25, 2006**

Carol Livingston, *Signature of Present Attorney* Managing Partner
Livingston & Mattesich Law Corporation

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: **January 25, 2006**

*Signature of New Attorney*
Gene Livingston

Substitution of Attorney is hereby [X] Approved   [ ] Denied.

Dated: **2/9/2006**

United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                                    CCD-G1